Submitted on motion to dismiss appeal April 9, motion overruled June 2, 1925, submitted on briefs April 28, motion to dismiss allowed June 21, motion to correct mandate denied September 20, 1927.

In the Matter of the Application of J. L. SMITH for a Writ of Habeas Corpus.

T. M. HURLBURT, Sheriff, *v.* J. L. SMITH.

(236 Pac. 272.)

From Multnomah: George Rossman, Judge.

In Banc.

Motion to Dismiss Appeal Overruled.

For the motion, *Mr. Louis V. Lundberg* and *Mr. B. A. Green.*

*Contra,* Mr. H. F. *McInturff* and Mr. C. W. *Robison.*

PER CURIAM.—There is a motion here to dismiss the appeal upon the same ground as in the case of *Kerschner* v. *Smith;* and the facts, with regard to service and filing of undertaking on appeal, are exactly the same. For the same reasons, the motion is therefore overruled. In this connection it may be said that there is a motion, on behalf of the appellant, for additional time and to extend the time until the fifteenth day of June, 1925, within which to file his brief, which is granted.

MOTION TO DISMISS APPEAL OVERRULED. MOTION TO DISMISS ALLOWED. MOTION TO CORRECT MANDATE DENIED.